United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CUN GONG ZHANG,

    Plaintiff,

    v.

CHEVRON CORPORATION, et al.,

    Defendants.

Case No. 25-cv-00074-DMR

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

On January 3, 2025, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jacqueline Scott Corley to determine whether it is related to Gong v. Chevron Corporation et al, 24-cv-08641-JSC.

**IT IS SO ORDERED.**

Dated: May 20, 2025

                              Donna M. Ryu
                            Chief Magistrate Judge